UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES DALE MOSELEY,

          Plaintiff,

v.

DEPARTMENT OF SOCIAL AND
HEALTH SERVICES, et al.,

          Defendants.

CASE NO. 3:17-cv-05427-BHS-JRC

ORDER GRANTING MOTION
FOR LEAVE TO FILE AMENDED
COMPLAINT

      This 42 U.S.C. § 1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.

      Plaintiff, represented by counsel, requests leave to file a third amended complaint. As a matter of course, a party may amend its pleading once within 21 days of serving it or, if it is a pleading that requires a response, within 21 days after service of the response. Fed. R. Civ. Proc. 15(a)(1). In all other cases, "a party may amend its pleading only with . . . the court's leave." *Id*. (a)(2). "The Court should freely give leave when justice so requires." *Id*. Here, plaintiff requests

permission to file a third amended complaint and defendants do not oppose it. Plaintiff's counsel explains that he filed the third amended complaint because it, "among other things, expands upon the factual bases for the current [c]laims and adds necessary factual support." Dkt. 25 at 2. Because this is plaintiff's first request to amend since being represented by counsel, plaintiff includes additional factual allegations, and defendants do not oppose the motion, the Court determines that it is in the interest of justice to allow plaintiff leave to file a third amended complaint.

Therefore, it is ORDERED:

1) Plaintiff's motion for leave to file a third amended complaint (Dkt. 25) is granted.
2) The Clerk is directed to docket the proposed third amended complaint attached to plaintiff's motion (Dkt. 25-1) as plaintiff's third amended complaint.

Dated this 21st day of November, 2017.

J. Richard Creatura
United States Magistrate Judge