UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES DALE MOSELEY,

Plaintiff,

v.

DEPARTMENT OF SOCIAL AND
HEALTH SERVICES, et al.,

Defendants.

CASE NO. 3:17-cv-05427-BHS-JRC

ORDER GRANTING AGREED STAY

The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR1, MJR3 and MJR4.

Plaintiff James Dale Moseley, proceeding *pro se* and *in forma pauperis*, filed this action on June 2, 2017. Dkt. 1. After plaintiff's amended complaint was served on defendants, Dkts. 10, 11, plaintiff retained counsel, Dkt. 24, and plaintiff's counsel requested leave to file another amended complaint, Dkt. 25. The Court granted plaintiff's request on November 21, 2017 and docketed plaintiff's proposed amended complaint. Dkt. 28.

ORDER GRANTING AGREED STAY - 1

On March 13, 2018, the Court entered an order to show cause, noting that the parties had made no additional filings since plaintiff's counsel filed the amended complaint and directing the parties to explain why the Court should not recommend dismissal of the case. Dkt. 32. Both parties filed responses, indicating they were experiencing difficulties ensuring all defendants had been properly served and so defendants' counsel had not yet filed a response to plaintiff's amended complaint, and plaintiff had not yet moved for default judgment. Dkts. 33, 34. Defendants subsequently filed an answer to plaintiff's amended complaint, Dkt. 39, and the Court entered a pretrial scheduling order on May 18, 2018, Dkt. 40.

Defendants have now filed an agreed motion to stay discovery and trial date. Dkt. 48. They note that plaintiff has been suffering from "substantial decompensation due to his mental illness," plaintiff's counsel has been unable to have visitation with plaintiff because of this decompensation, and plaintiff cannot currently be deposed or otherwise participate in the discovery process. *Id*. Defendants therefore ask that the case be stayed until such a time as plaintiff can again meaningfully engage in litigation. *Id*. Defendants also note that plaintiff's counsel "is amenable to providing the Court with status updates every 90 days or as otherwise directed by the Court." *Id*., p. 2.

Therefore, it is ORDERED:

1) This case is stayed until December 14, 2018, or until plaintiff's conditions has improved such that he is capable of meaningfully engaging in litigation.

2) Plaintiff's counsel shall file a status report and, if necessary, a motion to extend the stay on or before November 30, 2018 – fourteen days before the stay ends. Plaintiff's counsel's report shall inform the Court whether plaintiff's mental state has improved or deteriorated, and, if plaintiff's mental health has improved, when it is likely that

his mental health will improve to a point where is once again capable of engaging in litigation.

3) Should plaintiff's mental health improve sufficiently before December 14, 2018, plaintiff's counsel is directed to inform the Court and file a motion to lift the stay.

4) The Clerk is directed to note the November 30, 2018 due date on the Court's calendar.

Dated this 11th day of September, 2018.

_____
J. Richard Creatura
United States Magistrate Judge