UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES DALE MOSELEY,<br><br>                Plaintiff,<br><br>   v.<br><br>DSHS, et. al.,<br><br>                Defendants. | CASE NO. C17-05427 BHS JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 10.  Having considered the R&R and the remaining record, and no objections having been filed, the court adopts the R&R with one clarification.

The R&R finds that plaintiff's claims under 42 U.S.C. §1983 fail against defendants in their official capacities and against defendant DSHS and recommends dismissal without leave to amend.  Dkt. 82 at 27.  The Court agrees, but excepts from the dismissal with prejudice plaintiff's claims under the Americans with Disabilities Act ("ADA") and the Rehabilitation Act ("RA"); if properly alleged in an amended

complaint, such claims may be brought against DSHS and against defendants in their official capacities.

Therefore, the Court does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Defendants' motion for judgment on the pleadings is **DENIED** as to the following: plaintiff's First Amendment retaliation claim against defendant Smith; plaintiff's excessive force claim against defendant Smith; defendants' assertion of qualified immunity; and

(3) Defendants' motion for judgment on the pleadings is **GRANTED**, but plaintiff is allowed leave to amend his complaint as to the following claims: use of force claim against defendants Grimm and Quintanella; retaliation claim related to placement in segregation and denial of recreation time and against defendants Grimm and Quintanella; decontamination claim against defendants Grimm and Smith; inadequate mental health treatment claim against defendants Harris, Coryell, and Rockwell; due process claim based on placement in segregation; equal protection claim; unreasonable search and deprivation of property claims; access to courts claim; claim(s) against defendant Davos; and ADA and RA claims against DSHS and defendants in their official capacities;

(4) Plaintiff's amended complaint is to be filed by June 15, 2020;

(5) Defendants' motion for judgment on the pleadings is **GRANTED** without leave to amend as to the following claims: claims barred under the *Heck*

ORDER - 2

doctrine; Fifth Amendment takings claim; supervisory liability claims against defendants Coryell, Harris, and Strong; official capacity claims against all individual defendants and DSHS except for ADA and RA claims; claims for injunctive relief; and

(6) This matter is re-referred to Magistrate Judge Creatura for further proceedings.

Dated this 14th day of May, 2020.

BENJAMIN H. SETTLE
United States District Judge