UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES DALE MOSELEY,<br><br>                Plaintiff,<br><br>   v.<br><br>DEPARTMENT OF SOCIAL AND HEALTH SERVICES et al.,<br><br>                Defendants. | CASE NO. 3:17-cv-05427-BHS-JRC<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR: MARCH 18, 2021 |

This matter is before the Court on the parties' stipulated motion to dismiss. Dkt. 98. Pursuant to the parties' stipulation, the case should be dismissed with prejudice and without an award of fees and costs to either party. Dkt. 98. The Court recommends entry of the order dismissing the action when the District Court receives this Report and Recommendation and has not set a noting date 21 days from now because the parties have stipulated to dismissal.

Dated this 18th day of March, 2021.

J. Richard Creatura
United States Magistrate Judge