UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES DALE MOSELEY,<br><br>        Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF SOCIAL AND HEALTH SERVICES, et al.,<br><br>        Defendants. | CASE NO. C17-5427 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 99. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) The parties' stipulated motion for dismissal, Dkt. 98, is **GRANTED**;

(3) Plaintiff's claims are dismissed with prejudice and without costs or interest to any party; and

ORDER - 1

1     (4)     The Clerk is directed to send copies of this order to Plaintiff, counsel for

2            Defendants, and to the Hon. J. Richard Creatura.

3    Dated this 23rd day of March, 2021.

                                                    */s/ Benjamin H. Settle*

                                           BENJAMIN H. SETTLE

                                           United States District Judge